# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132594

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 132594
COA: 273285
St. Joseph CC: 06-013258-FC

RANDY WAYNE CARUTHERS,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

s0220